No. 88–6715. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6724. AMYX *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 88–6727. COOKSLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6739. SUTTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6741. HAILE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6757. LOVINGOOD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6775. BRAXTON, ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF BRAXTON, AND ON BEHALF OF HERSELF *v.* BLANKS ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6780. GOVAN *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–833. MARIANI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 88–1336. JIMINEZ ET AL. *v.* BP OIL, INC. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 88–1151. TAKAHASHI *v.* LIVINGSTON UNION SCHOOL DISTRICT ET AL. Ct. App. Cal., 5th App. Dist. Motion of Asian Pacific American Coalition for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–1157. MARTIN MARIETTA CORP. *v.* POLLARD; and

No. 88–1338. POLLARD *v.* MARTIN MARIETTA CORP. C. A. 4th Cir. Motions of American Corporate Counsel Association and American Bar Association for leave to file briefs as *amici curiae* in No. 88–1157 granted. Certiorari denied.